IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


**KEVIN JAMES SMITH,**

    **Plaintiff,**

**vs.**                                      **CASE NO. 1:08CV199-MP/AK**

**TRACEY DARR CARLISLE, et al,**

    **Defendants.**

    _____/


## REPORT AND RECOMMENDATION

Plaintiff was directed to file an amended pleading by Order dated October 10, 2008.  (Doc. 5).  When no amended pleading was filed, an Order to Show Cause was entered directing a response on or before January 26, 2009.  (Doc. 6). There has been no response from the Plaintiff to either order.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  <u>Link v. Wabash Railroad</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has not complied with two orders of the Court

(docs. 5 and 6), or otherwise prosecuted his lawsuit.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 10th day of February, 2009.

        *s/ A. KORNBLUM*
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:08CV199-MP/AK