**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**KEVIN JAMES SMITH,**

    **Plaintiff,**

vs.                                    **CASE NO. 1:08CV199-MP/AK**

**TRACEY DARR CARLISLE,**
**et al,**
    **Defendants.**

                                  /

**O R D E R**

Presently before the Court is Plaintiff's Motion to Extend Time to Respond to the Show Cause Order entered on January 7, 2009. (Doc. 8). The undersigned has already entered a Report and Recommendation dated February 10, 2009, recommending dismissal of this cause of action because Plaintiff was ordered on October 10, 2008, to file an amended complaint, and failed to comply with that order and the show cause order. (See Doc. 7). None of Plaintiff's mail has been returned. Plaintiff claims that his mail was delayed when he was "abruptly transferred to a different facility." (Doc. 8). He offers no specific information about this transfer or how long his mail was delayed. He also claims that he needs additional time to provide transcripts of his criminal proceedings to support his claims.

The Court finds that no additional time should be granted to Plaintiff because his complaint would be subject to dismissal regardless and granting him additional time to

respond to the show cause order to provide state court transcripts would not change this result. His original complaint concerned claims against the state prosecutor and sentencing judge who are absolutely immune from suit. While this was not the basis for recommending dismissal, it would be the basis for dismissal if the merits of Plaintiff's complaint were before the Court. Consequently, the motion to extend time (doc. 8) is **DENIED**. Any further objections should be directed as such to the district judge before whom the report and recommendations are pending.

**DONE AND ORDERED** this  **3**$^{rd}$  day of March, 2009.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 1:08cv199-mp/ak**